UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, et al.

In Re:

Ellen N. Kell,

Debtor.

Case No.: __18-25337-ABA__

Chapter: __13__

Hearing Date: __5/21/2019__

Judge: __Altenburg__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief re: 520 Revere Court, Galloway, NJ 08205 (Docket # 39)

_____

Date: 5/20/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*