# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25337−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ellen N. Kell
520 E. Revere Court
Galloway, NJ 08205

Social Security No.:
xxx−xx−9406

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 14, 2019.

On August 6, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                September 11, 2019
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 7, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ellen N. Kell  
    Debtor

Case No. 18-25337-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Aug 07, 2019  
    Form ID: 185      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.

```
db          +Ellen N. Kell,    520 E. Revere Court,    Galloway, NJ 08205-3235
cr          +Towne of Historic Smithville Community Association,    Greenbaum Rowe Smith & Davisd,
              Post Office Box 5600,    Woodbridge, NJ 07095-0988
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CIT,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517677066   +Greenbaum Rowe Smith & Davis LLP,    Steven G. Mlenak, Esq.,    Metro Corporate Campus One,
              PO Box 5600,    Woodbridge, NJ 07095-0988
517677064   +Mark Friedman, Esq.,    616 Ocean Heights Avenue,    Linwood, NJ 08221-1016
517677065   +Michael J. Kell,    520 E. Revere Court,    Galloway, NJ 08205-3235
517677067   +Phelan, Hallinan Diamond & Jones, PC,    400 Fellowship Rd, Ste 100,
              Attn. Jeffrey Stephens, Esq.,    Mount Laurel, NJ 08054-3437
518004626   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
518004627   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517677068   +State of NJ Dept. of the Treasury,    Division of Pension and Benefits,    PO Box 295,
              Trenton, NJ 08625-0295
517677069   +Towne Historic Smithville Community A,    c/o Marc Friedman, Esq.,    616 Ocean Heights Ave,
              Linwood, NJ 08221-1016
517695206   +Towne of Historic Smithville Community Association,    c/o Greembaum Rowe Smith & Davis,
              Post Office Box 5600,    Woodbridge, New Jersey 07095-0988
517743918    U.S. Bank National Association, as Trustee Et.Al.,    Wells Fargo Bank, N.A.,
              Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517677070   +U.S. National Association, as Trustee,    for Citigroup Mortgage Loan Trust 2007-W,
              Asset-backed pass-through Certif. 2007-W,    60 Livingstone Avenue,    Saint Paul, MN 55107-2292
517677071    Wells Fargo Bank, N.A.,    PO Box 1035550306,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2019 00:04:29     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2019 00:04:26     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:

    Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE4 craig.keiser@law.njoag.gov

    Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

    Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0312-1          User: admin             Page 2 of 2             Date Rcvd: Aug 07, 2019
                              Form ID: 185            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rhonda E. Greenblatt    on behalf of Debtor Ellen N. Kell regrose64@yahoo.com,
           greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
          Sherri Jennifer Smith    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
           2007-WFHE4 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
          Steven G. Mlenak    on behalf of Creditor    Towne of Historic Smithville Community Association,
           Inc. smlenak@greenbaumlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 9