Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−25337−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ellen N. Kell
    520 E. Revere Court
    Galloway, NJ 08205

Social Security No.:
    xxx−xx−9406

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            November 12, 2019
Time:             10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*57* − Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:39 Motion for Relief from Co−Debtor Stay of Michael J. Kell filed by Creditor U.S. Bank National Association, as Trustee Et Al..., Motion for Relief from Stay re: 520 Revere Court, Galloway, NJ 08205. Fee Amount $ 181., 43 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee Et Al.... Objection deadline is 10/21/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee Et Al...) filed by Rhonda E. Greenblatt on behalf of Ellen N. Kell. (Attachments: # 1 Certificate of Service) (Greenblatt, Rhonda)

and transact such other business as may properly come before the meeting.

Dated: October 17, 2019
JAN: eag

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ellen N. Kell  
    Debtor

Case No. 18-25337-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 17, 2019  
                     Form ID: 173     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
```
db             +Ellen N. Kell,    520 E. Revere Court,    Galloway, NJ 08205-3235
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CIT,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
```
          Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
           2007-WFHE4 craig.keiser@law.njoag.gov
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee Et
           Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rhonda E. Greenblatt    on behalf of Debtor Ellen N. Kell regrose64@yahoo.com,
           greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
           2007-WFHE4 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Steven G. Mlenak    on behalf of Creditor    Towne of Historic Smithville Community Association,
           Inc. smlenak@greenbaumlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```