*Office of the Chapter 13 Standing Trustee*

*Isabel C. Balboa, Chapter 13 Standing Trustee* †

| | |
|---|---|
| Jane L. McDonald, Counsel | Kelleen E. Stanley* |
| Raymond H. Shockley, Jr. Staff Attorney | Jennie P. Archer* |
| Jennifer R. Gorchow, Staff Attorney | Lu'Shell K. Alexander* |

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

November 1, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:      Ellen N. Kell
      Case No:             18-25337   ABA
      Hearing Date:        N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on October 31, 2019 for the above-captioned matter.

The proposed form of order filed with the Motion/Application, fails to indicate a new monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $1,052.00 per month for forty-three (43) months with an amended wage order.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Rhonda E. Greenblatt, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Ellen N. Kell   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978