UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-1(b)
Rhonda E. Greenblatt, Esq.
222 New Road, Ste. 302
Linwood, NJ 08221
(609) 927-9227 (Phone)
(609) 927-9233 (Fax)
Attorney for the Debtor

Case No.: 18-25337

Chapter: 13

Order Filed on November 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Judge: Altenburg, Jr.

In Re: Ellen N. Kell,

    Debtor

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is ORDERED.

**DATED: November 8, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Rhonda E. Greenblatt, Esq. the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount of **$0.00** for a total of **$800.00**. The allowance is payable:

    [X] through the Chapter 13 plan as an administrative priority.

    [] outside the plan.

The debtor's monthly plan is modified to require a payment of $1052.00 for month for forty-three (43) months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:
Ellen N. Kell
    Debtor

Case No. 18-25337-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 08, 2019
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.
db          +Ellen N. Kell,    520 E. Revere Court,    Galloway, NJ 08205-3235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:
         Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
          CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
          2007-WFHE4 craig.keiser@law.njoag.gov
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee Et
          Al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Rhonda E. Greenblatt    on behalf of Debtor Ellen N. Kell regrose64@yahoo.com,
          greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
         Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
          CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
          2007-WFHE4 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
         Steven G. Mlenak    on behalf of Creditor    Towne of Historic Smithville Community Association,
          Inc. smlenak@greenbaumlaw.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 9