UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, N.A., et al.

In Re:

 Ellen Kell,

 Debtor.

Case No.:    __18-25337-ABA__

Chapter:    _____13_____

Hearing Date:    ___11/12/2019___

Judge:    ____Altenburg____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒  Settled            ☐  Withdrawn

Matter:  Creditor's Certification of Default (Docket # 54)_____

_____

Date: _11/11/2019_____            _/s/ Denise Carlon_____
                                                            Signature

*rev.8/1/15*