

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series 2007-WFHE4

**Order Filed on November 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-25337 ABA

Adv. No.:

Hearing Date: 11/12/19 @ 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

In Re:
    Ellen N. Kell, Michael J. Kell

Debtors.

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 26, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Ellen N. Kell, Michael J. Kell
Case No:  18-25337 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series 2007-WFHE4, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 520 Revere Court, Galloway, NJ 08205, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Rhonda E. Greenblatt, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 8, 2019 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2019 through November 2019 for a total post-petition default of $3,736.90 ( 3 @ $1,802.35 less suspense balance of $1,670.15); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,736.90 will be paid by Debtor remitting $1,245.63 per month for two months and $1,245.64 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on November 1, 2019 and continue for a period of three months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Ellen N. Kell  
    Debtor

Case No. 18-25337-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 26, 2019  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
db         +Ellen N. Kell,    520 E. Revere Court,    Galloway, NJ 08205-3235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:

       Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE4 craig.keiser@law.njoag.gov  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Rhonda E. Greenblatt    on behalf of Debtor Ellen N. Kell regrose64@yahoo.com, greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com  
       Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE4 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       Steven G. Mlenak    on behalf of Creditor    Towne of Historic Smithville Community Association, Inc. smlenak@greenbaumlaw.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                TOTAL: 9