UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

**Ellen N. Kell**

Debtor

Case No. 18-25337 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $7,704.80 total receipts applied to plan, then $1,244.00 per month for the remaining forty-one (41) months commencing January 1, 2020, for a total of fifty-eight (58) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 13, 2019 remain in effect.

_____
Rhonda E. Greenblatt, Esquire
Attorney for Debtor

Dated: 12/9/19

_____
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 12/11/19

DEC 11 2019