Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–25337–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ellen N. Kell
520 E. Revere Court
Galloway, NJ 08205

Social Security No.:
xxx–xx–9406

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date: March 3, 2020
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*78* – Certification in Opposition to Cert of Default filed by SLS (related document:77 Creditor's Certification of Default (related document:39 Motion for Relief from Co–Debtor Stay of Michael J. Kell filed by Creditor U.S. Bank National Association, as Trustee Et Al..., Motion for Relief from Stay re: 520 Revere Court, Galloway, NJ 08205. Fee Amount $ 181., 43 Order on Motion For Relief From Co–Debtor Stay, Order on Motion For Relief From Stay, 73 Order (Generic)) filed by Denise E. Carlon on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007–WFHE4, ASSET–BACKED PASS–THROUGH CERTIFICATES, SERIES 2007–WFHE4. Objection deadline is 02/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007–WFHE4, ASSET–BACKED PASS–THROUGH CERTIFICATES, SERIES 2007–WFHE4) filed by Rhonda E. Greenblatt on behalf of Ellen N. Kell. (Attachments: # 1 Certificate of Service) (Greenblatt, Rhonda)

and transact such other business as may properly come before the meeting.

Dated: February 10, 2020
JAN: eag

Jeanne Naughton
Clerk