UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(e)

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

Ellen N. Kell

Debtor

Case No. 18-25337 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $9,808.80 total receipts applied to plan, then $1,421.00 per month for the remaining thirty-nine (39) months commencing March 1, 2020, for a total of fifty-eight (58) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 13, 2019 remain in effect.

Rhonda E. Greenblatt, Esquire
Attorney for Debtor

Dated: 3/4/2020

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 3/4/2020