Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–25337–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ellen N. Kell
  520 E. Revere Court
  Galloway, NJ 08205

Social Security No.:
  xxx–xx–9406

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              August 25, 2020
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*92* – Certification in Opposition to Certification of Default (related document:91 Creditor's Certification of Default (related document:82 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/5/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post–Petition Arrears & Resolving Certification of Default # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Rhonda E. Greenblatt on behalf of Ellen N. Kell. (Attachments: # 1 Exhibit Exhibit A) (Greenblatt, Rhonda)

and transact such other business as may properly come before the meeting.


Dated: July 28, 2020
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk