Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 18−25337−ABA
    Chapter: 13
    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ellen N. Kell
   520 E. Revere Court
   Galloway, NJ 08205

Social Security No.:
   xxx−xx−9406

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          August 25, 2020
Time:          10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**92** – Certification in Opposition to Certification of Default (related document:91 Creditor's Certification of Default (related document:82 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/5/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Certification of Default # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Rhonda E. Greenblatt on behalf of Ellen N. Kell. (Attachments: # 1 Exhibit Exhibit A) (Greenblatt, Rhonda)

and transact such other business as may properly come before the meeting.

Dated: July 28, 2020
JAN: eag

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:   
Ellen N. Kell   
     Debtor

Case No. 18-25337-ABA   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 28, 2020   
                       Form ID: 173     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
```
db          +Ellen N. Kell,    520 E. Revere Court,    Galloway, NJ 08205-3235
cr          +Specialized Loan Servicing, LLC,    P.O. Box 340514,    Tampa, FL 33694-0514
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.                                                                                                                  TOTAL: 0

***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
```
          Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
           2007-WFHE4 craig.keiser@law.njoag.gov
          Denise E. Carlon    on behalf of Creditor     U.S. Bank National Association, as Trustee Et Al...
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
           2007-WFHE4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Gavin    Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee Et
           Al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Rhonda E. Greenblatt    on behalf of Debtor Ellen N. Kell regrose64@yahoo.com,
           greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE4, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
           2007-WFHE4 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
          Steven G. Mlenak    on behalf of Creditor    Towne of Historic Smithville Community Association,
           Inc. smlenak@greenbaumlaw.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```