Creditor: Specialized Loan Servicing LLC                                    **PAYMENTS RECEIVED**
Debtor:         Ellen N. Kell                                               Loan Status as of September 3, 2020
Case No.:       18-25337-ABA
Loan No.:       xxxxxx3590
Our File No.:   4128-N-0973
Collateral:     520 Revere Court
                Galloway Township, New Jersey  08205

| Date Received | DR# | Amount Received | Due Date | Monthly Due | DT | Arrear due | Paid Over/Short | Description |
|---|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | | |
| 02/26/2020 | 1 | $0.00 | 02/26/2020 | | | $600.00 | ($600.00) | |
| 03/02/2020 | 1 | $1,802.35 | 03/01/2020 | $1,802.35 | | | $0.00 | |
| 04/30/2020 | 1 | $1,869.29 | 04/01/2020 | $1,802.35 | | | $66.94 | |
| 05/30/2020 | 1 | $0.00 | 05/01/2020 | $1,802.35 | | | ($1,802.35) | |
| 06/30/2020 | 1 | $0.00 | 06/01/2020 | $1,855.58 | | | ($1,855.58) | |
| 07/30/2020 | 1 | $0.00 | 07/01/2020 | $1,855.58 | | | ($1,855.58) | |
| 08/25/2020 | 1 | $3,738.58 | 08/01/2020 | $1,855.58 | | | $1,883.00 | |
| 09/03/2020 | 1 | $0.00 | 09/01/2020 | $1,855.58 | | | ($1,855.58) | |
| **Total:** | | **$7,410.22** | | **$12,829.37** | | **$600.00** | **($6,019.15)** | |