UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Rhonda E, Greenblatt, Esq.
222 New Road, Suite 302
Linwood, NJ 08221
(609) 927-9227 (Phone)
[6090 927-9233 (Fax)
Attorney for the Debtor

In Re:

Ellen Kell,
        Debtor

Case No.: 18-25337
Adv. No.: 
Chapter: 13
Hearing Date: Sepptember 8, 2020
Judge: Altenburg, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Rhonda E. Greenblatt, Esq.__,

   ☒ am the attorney for: __the Debtor__

   ☐ am self-represented

   Phone number: __609-927-9227__

   Email address: __greenblattlawfirm@gmail.com__

2. I request an adjournment of the following hearing:

   Matter: __Creditor's Certification of Default re Specialized Loan Servicing LLC__

   Current hearing date and time: __September 8, 2020__

   New date requested: __September 22, 2020__

   Reason for adjournment request: __We are attempting to resolve matter and do not agree w/ 9/4 payment history & need more time to check amount and work out payment schedule.__

3.  I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: _____    /s/ Rhonda E. Greenblatt, Esq.
                                         Signature

Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: __9/22/20 at 10 am__        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT:** If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.

*rev.10/1/15*

2