UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Rhonda E. Greenblatt, Esq.
Attorney at Law
Central Park East
222 New Road, Suite 302
Linwood, NJ 08221
(609) 927-9227 (Phone)
(609) 927-9233 (Fax)
greenblattlawfirm@gmail.com
Attorney for the Debtor

In Re:

Ellen Kell,
    Debtor

Case No.: 18-25337

Chapter: 13

Hearing Date: 09/22/2020

Judge: Altenburg, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Rhonda E. Greenblatt, Esq. ,

   ☒ am the attorney for: the Debtor

   ☐ am self-represented

   Phone number: 609-927-9227

   Email address: greenblattlawfirm@gmail.com

2. I request an adjournment of the following hearing:

   Matter: Crefitor's Certification of Default re Specialized Loa

   Current hearing date and time: 09/22/2020 10:00 a.m.

   New date requested: 10/06/2020

   Reason for adjournment request: We are attempting to resolve matter and am waiting to get proof of most recent extra payment towards arrearage.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☒ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below): <u>I have requested a two week adjournment from the other attorney while we work to resolve this issue and am waiting to hear back.</u>

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 9/21/2020                                    /s/ Rhonda E. Greenblatt, Esq.
                                                   Signature

Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted         New hearing date: _____      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____      ☐ Peremptory

☒ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2