UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

Ellen N. Kell

                    Debtor(s)

Case No. 18-25337 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $16,544.80 receipts applied to plan, then $1,515 per month for thirty-two (32) months with an amended wage order starting October 1, 2020, for a total plan length of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 13, 2019, remain in effect.

/s/ Rhonda Greenblatt          9/29/2020
Rhonda Greenblatt              Date
Debtor(s)' Attorney

/s/ Isabel C. Balboa           9/30/2020
Isabel C. Balboa               Date
Chapter 13 Standing Trustee