UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael D. Schaller, Esquire
25 North Quail Hill Boulevard
Galloway Twp., NJ 08205
Telephone: 732-779-6388  Facsimile: 732-920-8885
Attorney for Creditor, Towne of Historic Smithville
Community Association, Inc.

In Re:

ELLEN N. KELL,
                    Debtor

Case No.:    **18-25337-ABA**

Chapter:    13

Judge: Hon.    Andrew B. Altenburg, Jr.

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Michael D. Schaller, Esq. will be substituted as attorney of record for Towne of Historic Smithville Community Association, Inc., Creditor, in this case.[1]

Date:  12/17/2020

/s/ Steven G. Meenak
Signature of Former Attorney

Date:  12/17/2020

/s/ Michael D. Schaller
Signature of Substituted Attorney[2]

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.