Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-25337 (ABA)**

Ellen N. Kell  
520 East Revere Court  
Galloway, NJ  08205

Monthly Payment: $20,807.80  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/04/2020 | $1,052.00 | 03/04/2020 | $1,052.00 | 04/02/2020 | $1,421.00 | 05/06/2020 | $1,421.00 |
| 06/04/2020 | $1,421.00 | 07/07/2020 | $1,421.00 | 10/06/2020 | $1,421.00 | 11/05/2020 | $1,421.00 |
| 12/08/2020 | $1,421.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ELLEN N. KELL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $850.00 | $850.00 | $0.00 | $850.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $661.27 |
| 1 | GREENBAUM ROWE SMITH & DAVIS LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MARK FRIEDMAN, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | MICHAEL J. KELL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | STATE OF NJ DEPT. OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | TOWNE OF HISTORIC SMITHVILLE COMMUNITY ASSOCIATION | 33 | $6,004.79 | $0.00 | $6,004.79 | $0.00 |
| 7 | SPECIALIZED LOAN SERVICING, LLC | 24 | $33,174.82 | $11,101.74 | $22,073.08 | $3,677.99 |
| 8 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | RHONDA E. GREENBLATT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SPECIALIZED LOAN SERVICING, LLC | 24 | $11,777.73 | $3,209.70 | $8,568.03 | $328.06 |
| 13 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $289.31 |
| 14 | SPECIALIZED LOAN SERVICING, LLC | 24 | $5,541.60 | $1,176.36 | $4,365.24 | $0.00 |
| 15 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2018 | 28.00 | $0.00 |
| 12/01/2020 | Paid to Date | $20,807.80 |
| 01/01/2021 | 47.00 | $800.00 |
| 12/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $12,051.00 |
| Total paid to creditors this period: | $5,806.63 |
| Undistributed Funds on Hand: | $1,301.64 |
| Arrearages: | $0.00 |
| Attorney: | RHONDA E. GREENBLATT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**