UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Mark A. Roney, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: mroney@hillwallack.com
*Attorneys for Towne of Historic Smithville Community Association, Inc.*

| In Re: | Case No.: 18-25337 (ABA) |
|---|---|
| Ellen N. Kell, | Chapter: 13 |
| Debtor. | Judge: Andrew B. Altenburg Jr., U.S.B.J. |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Mark A. Roney of Hill Wallack LLP will be substituted as attorney of record for Towne of Historic Smithville Community Association, Inc., creditor, in this case.

DATED: January 13, 2022         By: */s/ Michael D. Schaller*
                                                Michael D. Schaller, Esq.
                                                Signature of Former Attorney


DATED: January 13, 2022         HILL WALLACK LLP

                                                By: */s/ Mark A. Roney*
                                                Mark A. Roney, Esq.
                                                Signature of Substituting Attorney