Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-25337 (ABA)**

Ellen N. Kell  
520 East Revere Court  
Galloway, NJ  08205

Monthly Payment: $1,005.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2021 | $1,421.00 | 02/09/2021 | $800.00 | 03/02/2021 | $800.00 | 04/05/2021 | $800.00 |
| 05/05/2021 | $800.00 | 06/04/2021 | $800.00 | 07/07/2021 | $800.00 | 10/05/2021 | $800.00 |
| 11/02/2021 | $800.00 | 12/15/2021 | $800.00 | 12/28/2021 | $800.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ELLEN N. KELL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $850.00 | $850.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $138.73 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $0.00 |
| 1 | GREENBAUM ROWE SMITH & DAVIS LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MARK FRIEDMAN, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | MICHAEL J. KELL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | STATE OF NJ DEPT. OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | TOWNE OF HISTORIC SMITHVILLE COMMUNITY ASSOCIATION | 33 | $6,004.79 | $0.00 | $6,004.79 | $0.00 |
| 7 | SPECIALIZED LOAN SERVICING, LLC | 24 | $33,174.82 | $15,304.74 | $17,870.08 | $7,423.75 |
| 8 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | RHONDA E. GREENBLATT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SPECIALIZED LOAN SERVICING, LLC | 24 | $11,777.73 | $4,841.18 | $6,936.55 | $2,881.64 |
| 13 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $60.69 |
| 14 | SPECIALIZED LOAN SERVICING, LLC | 24 | $5,541.60 | $2,007.56 | $3,534.04 | $1,176.36 |
| 15 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $350.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 08/01/2018 | 38.00 | $0.00 |
| 10/01/2021 | Paid to Date | $27,828.80 |
| 11/01/2021 | 37.00 | $1,005.00 |
| 12/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,421.00 |
| Total paid to creditors this period: | $12,031.17 |
| Undistributed Funds on Hand: | $1,465.60 |
| Arrearages: | ($390.00) |
| Attorney: | RHONDA E. GREENBLATT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**