| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Rhonda E. Greenblatt, Esq.<br>Cornerstone Commerce Center<br>1201 New Road, Ste. 133<br>Linwood, NJ 08221<br>(609)927-9227 (Phone)<br>(609) 927-9233 (Fax)<br>Attorney for the Debtor(s) | |
| In Re:<br>Ellen N. Kell ,<br>Debtors | Case No.:    18-25337<br>Chapter:    13<br>Hearing Date:<br>Judge:    Altenburg, Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: _Docket No. 142 Certification of Service

Date: 11/7/2022

/s/ Rhonda E. Greenblatt, Esq._
Signature