| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Amani S. Abdellah, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: aabdellah@hillwallack.com<br>*Attorneys for Towne of Historic Smithville Community Association, Inc.* |

| | |
|---|---|
| In Re: | Case No.: 18-25337 (ABA) |
| Ellen N. Kell, | Chapter: 13 |
| Debtor. | Judge: Andrew B. Altenburg, Jr., U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Towne of Historic Smithville Community Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Amani S. Abdellah, Esq.
                          Hill Wallack LLP
                          21 Roszel Road
                          P.O. Box 5226
                          Princeton, NJ 08543

    DOCUMENTS:

        ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☑ All documents and pleadings of any nature.

DATED: November 15, 2022                          HILL WALLACK LLP

                                                             By: */s/ Amani S. Abdellah*
                                                                 Amani S. Abdellah