Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25337−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ellen N. Kell
   520 E. Revere Court
   Galloway, NJ 08205

Social Security No.:
   xxx−xx−9406

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             July 11, 2023
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*152* − Certification in Opposition to CERTIFICATION OF DEFAULT (related document:151 Creditor's Certification of Default (related document:82 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 06/20/2023. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Rhonda E. Greenblatt on behalf of Ellen N. Kell. (Attachments: # 1 Certificate of Service) (Greenblatt, Rhonda)

and transact such other business as may properly come before the meeting.


Dated: June 13, 2023
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk