|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing, LLC, as servicing agent for Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series 2007-WFHE4, U.S. Bank National Association, as Trustee* |
| In re:<br><br>Ellen N. Kell<br><br>                                             Debtor. |

Chapter 13

Case No. 18-25337-ABA

Hearing Date: June 11, 2023

Judge Andrew B. Altenburg, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, <u>Gavin N. Stewart, Esq.</u>,

    x    am the attorney for: **Specialized Loan Servicing, LLC, as servicing agent for Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series 2007-WFHE4, U.S. Bank National Association, as Trustee**

    ☐    am self-represented

    Phone number: **813-371-1231**

    Email address: **gavin@stewartlegalgroup.com**

2. I request an adjournment of the following hearing:

    Matter: **Creditor's Certification of Default (Doc. No. 151)**

    Current hearing date and time: **June 11, 2023 at 10:00AM**

    New date requested: **August 1, 2023 at 10:00AM**

    Reason for adjournment request: **Requested by the Debtor to allow time for further discussions on resolution via loss mitigation.**

3. I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

Confirmation has been adjourned ___ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   X  **I have the consent of all parties.**

   ☐ **I do not have the consent of all parties** (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: ____July 3, 2023____          _/s/Gavin N. Stewart_
                                     Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: _8/8/23 @ 10 AM_          ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*