UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Specialized Loan Servicing, LLC, as*
*servicing agent for Citigroup Mortgage Loan*
*Trust 2007-WFHE4, Asset-Backed Pass-Through*
*Certificates, Series 2007-WFHE4, U.S. Bank*
*National Association, as Trustee*

In re:

Ellen N. Kell

                                        Debtor.

Chapter 13

Case No. 18-25337-ABA

Hearing Date: June 11, 2023

Judge Andrew B. Altenburg, Jr.

## **ADJOURNMENT REQUEST FOR CHAPTER 13**

1.    I, <u>Gavin N. Stewart, Esq.</u>,

    x    am the attorney for: **Specialized Loan Servicing, LLC, as servicing agent for**
**Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through**
**Certificates, Series 2007-WFHE4, U.S. Bank National Association, as Trustee**

    ☐    am self-represented

Phone number: **813-371-1231**

Email address: **gavin@stewartlegalgroup.com**

2.    I request an adjournment of the following hearing:

Matter: **Creditor's Certification of Default (Doc. No. 151)**

Current hearing date and time: **June 11, 2023 at 10:00AM**

New date requested: **September 19, 2023 at 10:00AM**

Reason for adjournment request: **Requested by the Debtor to allow time for further**
**discussions on resolution via loss mitigation.**

3.    I request an adjournment of confirmation:

Current confirmation date and time: _____

Reason for adjournment request: ___ _____

Confirmation has been adjourned ___ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☐was conducted ☐was not conducted

4.      Consent to adjournment:

X **I have the consent of all parties.**

☐ **I do not have the consent of all parties** (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:          <u>August 7, 2023</u>                    */s/Gavin N. Stewart*
                                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS
NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF
CREDITORS.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒ Granted          New hearing date: 9/19/23 @ 10 AM          ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not
electronic filers of the new hearing date.**

*rev.10/1/15*