| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicer for Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series 2007-WFHE4, U.S. Bank National Association, as Trustee* |

| | |
|---|---|
| In re:<br><br>Ellen N. Kell<br><br>                                         Debtor. | Chapter: 13<br><br>Case No.: 18-25337-ABA<br><br>Judge Andrew B. Altenburg Jr. |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, Specialized Loan Servicing LLC as servicer for Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series 2007-WFHE4, U.S. Bank National Association, as Trustee, a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property: **520 Revere Court, Galloway Township, NJ 08205**

Loan Number: **xxxxxx3590**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

                                                      Stewart Legal Group, P.L.
                                                         Gavin N. Stewart
                                    401 East Jackson Street, Suite 2340
                                                        Tampa, FL 33602
                                                  Phone: 813-371-1231
                                                    Fax: 813-371-1232
Dated: August 29, 2023                 gavin@stewartlegalgroup.com

                                      By:     */s/Gavin N. Stewart*
                                                      Gavin N. Stewart, Esq.