| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No.: 18-25337 |
| Caption in Compliance with D.N.J. LBR 9004-l(b)<br>Rhonda E. Greenblatt, Esq.<br>1201 New Road, Ste. 133<br>Linwood, NJ 08221<br>(609) 927-9227 (Phone)<br>(609) 927-9233 (Fax)<br>Attorney for the Debtor | Chapter:        13 |
| | Judge: Altenburg, Jr. |
| In Re: Ellen N. Kell,<br>            Debtor | |

Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is ORDERED

**DATED: October 2, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant, RHONDA E. GREENBLATT, ESQUIRE having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Rhonda E. Greenblatt, Esq. the applicant, is allowed a supplemental fee of $975.00 for services rendered and expenses in the amount of $0.00 for a total of $975.00 The allowance is payable:

X   _through the Chapter 13 Plan as an administrative priority and which shall be due immediately, before confirmation, if funds are on hand.

_____outside of the plan.

The fee will be taken into consideration at the next Chapter 13 plan confirmation hearing.