UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

Ellen N. Kell

Debtor(s)

Case No. 18-25337 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $46,404.80 paid to date, then $1,168 x 1 starting November 1, 2023, then $1,456 per month for twelve (12) months starting December 1, 2023, for a total plan length of seventy-six (76) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on December 16, 2020, remain in effect.

| /s/ Rhonda E. Greenblatt | 10/26/2023 |
|---|---|
| Rhonda E. Greenblatt | Date |
| Debtor(s)' Attorney | |

| /s/ Andrew B. Finberg | 10/30/2023 |
|---|---|
| Andrew B. Finberg | Date |
| Chapter 13 Standing Trustee | |