Creditor:        Specialized Loan Servicing LLC                                    **PAYMENTS RECEIVED**
Debtor:          Ellen N. Kell                                                      Loan Status as of December 29, 2023
Case No.:        18-25337-ABA
Loan No.:        xxxxxx3590
Our File No.:    4128-N-0973
Collateral:      520 Revere Court
                 Galloway Township, New Jersey  08205

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Description |
|---|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | | |
| 02/26/2020 | 1 | $0.00 | 02/26/2020 | | | $600.00 | ($600.00) | |
| 03/02/2020 | 1 | $1,802.35 | 03/01/2020 | $1,802.35 | | | $0.00 | |
| 04/30/2020 | 1 | $1,869.29 | 04/01/2020 | $1,802.35 | | | $66.94 | |
| 05/30/2020 | 1 | $0.00 | 05/01/2020 | $1,802.35 | | | ($1,802.35) | |
| 06/30/2020 | 1 | $0.00 | 06/01/2020 | $1,855.58 | | | ($1,855.58) | |
| 07/30/2020 | 1 | $0.00 | 07/01/2020 | $1,855.58 | | | ($1,855.58) | |
| 08/25/2020 | 1 | $3,738.58 | 08/01/2020 | $1,855.58 | | | $1,883.00 | |
| 09/30/2020 | 1 | $0.00 | 09/01/2020 | $1,855.58 | | | ($1,855.58) | |
| 10/01/2020 | 1 | $1,829.69 | 10/01/2020 | $1,855.58 | | | ($25.89) | |
| 11/05/2020 | 1 | $1,855.58 | 11/01/2020 | $1,855.58 | | | $0.00 | |
| 11/30/2020 | 1 | $1,855.58 | | | | | $1,855.58 | |
| 12/30/2020 | 1 | $0.00 | 12/01/2020 | $1,855.58 | | | ($1,855.58) | |
| 01/04/2021 | 1 | $1,861.55 | 01/01/2021 | $1,855.58 | | | $5.97 | |
| 02/03/2021 | 1 | $1,861.55 | 02/01/2021 | $1,855.58 | | | $5.97 | |
| 02/26/2021 | 1 | $1,861.55 | | | | | $1,861.55 | |
| 03/01/2021 | 1 | $0.00 | 03/01/2021 | $1,855.58 | | | ($1,855.58) | |
| 03/31/2021 | 1 | $1,861.55 | | | | | $1,861.55 | |
| 04/01/2021 | 1 | $0.00 | 04/01/2021 | $1,855.58 | | | ($1,855.58) | |
| 04/30/2021 | 1 | $1,861.55 | | | | | $1,861.55 | |
| 05/01/2021 | 1 | $0.00 | 05/01/2021 | $1,855.58 | | | ($1,855.58) | |
| 05/28/2021 | 1 | $1,855.58 | | | | | $1,855.58 | |
| 06/01/2021 | 1 | $0.00 | 06/01/2021 | $1,855.58 | | | ($1,855.58) | |
| 06/30/2021 | 1 | $1,855.58 | | | | | $1,855.58 | |
| 07/01/2021 | 1 | $0.00 | 07/01/2021 | $2,040.08 | | | ($2,040.08) | |
| 08/01/2021 | 1 | $0.00 | 08/01/2021 | $2,040.08 | | | ($2,040.08) | |
| 09/01/2021 | 1 | $0.00 | 09/01/2021 | $2,040.08 | | | ($2,040.08) | |
| 10/01/2021 | 1 | $0.00 | 10/01/2021 | $2,040.08 | | | ($2,040.08) | |
| 10/01/2021 | 2 | $1,861.88 | | | | | $1,861.88 | |
| 11/01/2021 | 1 | $0.00 | 11/01/2021 | $2,040.08 | | | ($2,040.08) | |
| 12/01/2021 | 1 | $0.00 | 12/01/2021 | $2,040.08 | | | ($2,040.08) | |
| 01/01/2022 | 1 | $0.00 | 01/01/2022 | $2,040.08 | | | ($2,040.08) | |
| 02/01/2022 | 1 | $0.00 | 02/01/2022 | $2,040.08 | | | ($2,040.08) | |
| 03/01/2022 | 1 | $0.00 | 03/01/2022 | $2,040.08 | | | ($2,040.08) | |
| 04/01/2022 | 1 | $0.00 | 04/01/2022 | $2,040.08 | | | ($2,040.08) | |
| 05/01/2022 | 1 | $0.00 | 05/01/2022 | $2,040.08 | | | ($2,040.08) | |
| 06/01/2022 | 1 | $0.00 | 06/01/2022 | $2,040.08 | | | ($2,040.08) | |
| 07/01/2022 | 1 | $0.00 | 07/01/2022 | $1,905.53 | | | ($1,905.53) | |
| 08/01/2022 | 1 | $0.00 | 08/01/2022 | $1,905.53 | | | ($1,905.53) | |
| 09/01/2022 | 1 | $0.00 | 09/01/2022 | $1,905.53 | | | ($1,905.53) | |
| 10/01/2022 | 1 | $0.00 | 10/01/2022 | $1,905.53 | | | ($1,905.53) | |
| 11/01/2022 | 1 | $0.00 | 11/01/2022 | $1,905.53 | | | ($1,905.53) | |
| 12/01/2022 | 1 | $0.00 | 12/01/2022 | $1,905.53 | | | ($1,905.53) | |
| 01/01/2023 | 1 | $0.00 | 01/01/2023 | $1,905.53 | | | ($1,905.53) | |
| 02/01/2023 | 1 | $0.00 | 02/01/2023 | $1,905.53 | | | ($1,905.53) | |
| 02/08/2023 | 1 | $731.21 | | | | | $731.21 | |
| 03/01/2023 | 1 | $0.00 | 03/01/2023 | $1,905.53 | | | ($1,905.53) | |
| 04/01/2023 | 1 | $0.00 | 04/01/2023 | $1,905.53 | | | ($1,905.53) | |
| 04/19/2023 | 1 | $2,111.74 | | | | | $2,111.74 | |
| 05/01/2023 | 1 | $0.00 | 05/01/2023 | $1,905.53 | | | ($1,905.53) | |
| 05/15/2023 | 1 | $1,055.88 | | | | | $1,055.88 | |
| 06/01/2023 | 1 | $0.00 | 06/01/2023 | $1,905.53 | | | ($1,905.53) | |

4128-N-0973

Creditor:          Specialized Loan Servicing LLC                                    **PAYMENTS RECEIVED**
Debtor:            Ellen N. Kell                                                      Loan Status as of December 29, 2023
Case No.:          18-25337-ABA
Loan No.:          xxxxxx3590
Our File No.:      4128-N-0973
Collateral:        520 Revere Court
                   Galloway Township, New Jersey  08205

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Description |
|---|---|---|---|---|---|---|---|---|
| 06/12/2023 | 1 | $1,055.87 | | | | | $1,055.87 | |
| 07/01/2023 | 1 | $0.00 | 07/01/2023 | $1,950.44 | | | ($1,950.44) | |
| 07/17/2023 | 1 | $1,055.87 | | | | | $1,055.87 | |
| 08/01/2023 | 1 | $0.00 | 08/01/2023 | $1,950.44 | | | ($1,950.44) | |
| 08/30/2023 | 1 | $1,055.87 | | | | | $1,055.87 | |
| 09/01/2023 | 1 | $0.00 | 09/01/2023 | $1,950.44 | | | ($1,950.44) | |
| 10/01/2023 | 1 | $0.00 | 10/01/2023 | $1,950.44 | | | ($1,950.44) | |
| 11/01/2023 | 1 | $0.00 | 11/01/2023 | $1,950.44 | | | ($1,950.44) | |
| 12/01/2023 | 1 | $0.00 | 12/01/2023 | $1,950.44 | | | ($1,950.44) | |
| 12/13/2023 | 1 | $1,055.88 | | | | | $1,055.88 | |
| **Total:** | | **$35,954.18** | | **$88,579.55** | | **$600.00** | **($53,225.37)** | |