UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Rhonda E. Greenblatt, Esq.
1201 New Road, Ste. 133
Linwood, NJ 08221
(609) 437-7182 (Phone)
greenblattlawfirm@gmail.com
Attorney for the Debtor

In Re: Ellen N. Kell,
        Debtor

Chapter: 13

Case No.: 18-25337

Judge: Altenburg, Jr.

Order Filed on January 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is ORDERED

**DATED: January 31, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant, RHONDA E. GREENBLATT, ESQUIRE having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Rhonda E. Greenblatt, Esq. the applicant, is allowed a supplemental fee of $995.00 for services rendered and expenses in the amount of $0.00 for a total of $995.00 The allowance is payable:

X   through the Chapter 13 Plan as an administrative priority and which shall be due immediately, before confirmation, if funds are on hand.

____ outside of the plan.

The fee will be addressed in the current monthly payment in that the payment will be recalculated to continue at $1,567.00 per month for the remaining ten (10) months.