| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing, LLC, as servicing agent for Citigroup Mortgage Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates, Series 2007-WFHE4, U.S. Bank National Association, as Trustee* | Chapter: 13 |
| In re:<br><br>Ellen N. Kell<br><br><div align="right">Debtor.</div> | Case No.: 18-25337-ABA<br><br>Hearing Date: February 13, 2024<br><br>Judge: Andrew B. Altenburg, Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled/OTBS**.

Matter: **Motion To Reinstate Stay as to Creditor, Specialized Loan Servicing** (Doc. No. 179).

Dated: February 12, 2024

Stewart Legal Group, P.L.
Attorney for Creditor

By:     */s/Gavin N. Stewart*
Gavin N. Stewart, Esq.