Printed on: 01/02/2024   Page 1 of 2
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-25337 (ABA)

Ellen N. Kell
520 East Revere Court
Galloway, NJ  08205

Monthly Payment: $1,456.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/2023 | $1,168.00 | 03/07/2023 | $1,168.00 | 04/04/2023 | $1,168.00 | 05/02/2023 | $1,168.00 |
| 06/06/2023 | $1,168.00 | 07/11/2023 | $1,168.00 | 10/04/2023 | $1,168.00 | 11/03/2023 | $1,168.00 |
| 12/07/2023 | $1,168.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ELLEN N. KELL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $850.00 | $850.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $0.00 |
| 0 | RHONDA E. GREENBLATT, ESQUIRE | 13 | $975.00 | $975.00 | $0.00 | $975.00 |
| 1 | GREENBAUM ROWE SMITH & DAVIS LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MARK FRIEDMAN, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | MICHAEL J. KELL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | STATE OF NJ DEPT. OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | TOWNE OF HISTORIC SMITHVILLE COMMUNITY ASSOCIATION | 33 | $6,004.79 | $0.00 | $6,004.79 | $0.00 |
| 7 | SPECIALIZED LOAN SERVICING, LLC | 24 | $33,174.82 | $25,556.89 | $7,617.93 | $5,633.55 |
| 8 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | RHONDA E. GREENBLATT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SPECIALIZED LOAN SERVICING, LLC | 24 | $11,777.73 | $8,820.72 | $2,957.01 | $2,186.73 |
| 13 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 14 | SPECIALIZED LOAN SERVICING, LLC | 24 | $5,541.60 | $4,035.06 | $1,506.54 | $1,114.10 |
| 15 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2018 | 62.00 | $0.00 |
| 10/01/2023 | Paid to Date | $46,404.80 |
| 11/01/2023 | 1.00 | $1,168.00 |
| 12/01/2023 | 12.00 | $1,456.00 |
| 12/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,512.00 |
| Total paid to creditors this period: | $9,909.38 |
| Undistributed Funds on Hand: | $1,055.87 |
| Arrearages: | $1,744.00 |
| Attorney: | RHONDA E. GREENBLATT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**