UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Rhonda E. Greenblatt, Esq.
1201 New Road, Ste. 133 Linwood, NJ 08221
(609) 437-7182 (Phone)
greenblattlawfirm@gmail.com
Attorney for the Debtor

In Re:
Ellen N. Kell, Debtor

Case No.: 18-25337

Chapter: 13

Hearing Date: 7/23/2024

Judge: ALTENBURG, JR.

## NOTICE OF MOTION FOR AUTHORIZATION TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT

Ellen N. Kell, Debtor has filed papers with the court requesting ORDER ON MOTION FOR AUTHORIZATION TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than July 16, 2024. A hearing will only be held in the event an objection is filed.

Hearing Date: 7/23/2024

Hearing Time: 11:00 am

Hearing Location:    Bankruptcy Court, District of New Jersey

U.S. Post Office and Courthouse
401 Market Street

Camden, New Jersey 08101

Courtroom Number: 4B

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before July 16, 2024.

You must also mail a copy of your response to:

Rhonda E. Greenblatt, Esq.
222 New Road, Ste. 302
Linwood, NJ 08221

Andrew B. Finberg, Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38
Cherry Hill, NJ 087002

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 7/8/2024     /s/ Rhonda E. Greenblatt, Esq
                   Signature of the Attorney for the Debtor