UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Rhonda E. Greenblatt, Esq.
1201 New Road, Ste. 133 Linwood, NJ 08221
(609) 437-7182(Phone)
greenblattlawfirm@gmail.com
Attorney for the Debtor

Order Filed on July 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
*Ellen N. Kell, Debtor*

Case No.: 18-25337

Chapter: 13

Hearing Date: 2/13/2024

Judge: ALTENBURG, JR.

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 23, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by __the Debtor__ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to Specialized Loan Servicing as of the date of this order.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve Specialized Loan Servicing and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.