| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Greenbaum, Rowe, Smith & Davis LLP**<br>75 Livingston Avenue, Suite 301<br>Roseland, NJ 07068-3701<br>(908) 577-1884<br>Attorney for Towne of Historic Smithville Community Association, Inc.<br>Caroline Record, Esq. | |
| In re:<br><br>**ELLEN N. KELL**<br><br>                    Debtor. | Chapter 13 Proceeding<br><br>**Case No. 18-25337 (ABA)** |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Towne of Historic Smithville Community Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    **GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue
Suite 301
Roseland, NJ 07068-3701
(908) 577-1884
(908)577-1925 (facsimile)
Email: crecord@greenbaumlaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature:.

                        **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                        Counsel for Towne of Historic Smithville
                        Community Assoc, Inc.

                        By:*/s/ Caroline Record*
Date: October 15, 2024            CAROLINE RECORD, Esq.

5761645.1