# *Office of the Chapter 13 Standing Trustee*

## *Andrew B. Finberg, Chapter 13 Standing Trustee*

*Joni L. Gray, Counsel*  *Lu'Shell K. Alexander\**
*Jennifer R. Gorchow, Staff Attorney*  *Jennie P. Archer\**
*William H. Clunn, III, Staff Attorney*  *Kelleen E. Stanley\**
*Kimberly A. Talley\**
*\*Certified Bankruptcy Assistant*

December 26, 2024

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:  Chapter 13 Bankruptcy
     Debtor(s) Name:     Ellen N. Kell
     Case No:            18-25337   ABA
     Hearing Date:       N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on December 21, 2024 for the above-captioned matter.

The proposed form of order filed with the Motion/Application, fails to indicate correct amount needed going forward as the case is over the confirmed months with a balance due. Therefore, the Trustee respectfully requests that the proposed form of order be amended to provide an immediate payment due in the amount of $1,723.55.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

OFFICE OF THE CHAPTER 13
STANDING TRUSTEE

/s/ Andrew B. Finberg

**Andrew B. Finberg,**
Chapter 13 Standing Trustee

ABF:lka

c:   Rhonda E. Greenblatt, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Ellen N. Kell   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978