# *Office of the Chapter 13 Standing Trustee*

## *Andrew B. Finberg, Chapter 13 Standing Trustee*

*Joni L. Gray, Counsel*  *Lu'Shell K. Alexander**
*Jennifer R. Gorchow, Staff Attorney*  *Jennie P. Archer**
*William H. Clunn, III, Staff Attorney*  *Kelleen E. Stanley**
*Kimberly A. Talley**
*\*Certified Bankruptcy Assistant*

January 2, 2025

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
Debtor(s) Name:    Ellen N. Kell
Case No:    18-25337   ABA
Hearing Date:    N/A

Dear Judge Altenburg:

Please accept this letter as an amended limited objection to Debtor(s)' Motion/Application filed on December 21, 2024 for the above-captioned matter.

The proposed form of order filed with the Motion/Application, fails to indicate correct amount needed going forward as the case is over the confirmed months with a balance due. Therefore, the Trustee respectfully requests that the proposed form of order be amended to provide an immediate payment due in the amount of $139.55.

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Andrew B. Finberg*

**Andrew B. Finberg,**
Chapter 13 Standing Trustee

ABF:lka

c:    Rhonda E. Greenblatt, Esquire   (Debtor(s) Attorney)    (via Electronic Case Filing / ECF)
Ellen N. Kell   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**
**Memphis, TN 38101-1978**