| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No.: 18-25337 |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Rhonda E, Greenblatt, Esq.<br>1201 New Road, Ste. 133<br>Linwood, NJ 08221<br>(609) 437-7182(Phone)<br>greenblattlawfirm@gmail.com<br>Attorney for the Debtor | Chapter: 13 |
| | Judge: Altenburg, Jr. |
| In Re: ELLEN N. KELL,<br>         Debtor | |

Order Filed on January 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is ORDERED

**DATED: January 10, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

.

The applicant, <u>RHONDA E. GREENBLATT, ESQUIRE</u> having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Rhonda E. Greenblatt, Esq. the applicant, is allowed a supplemental fee of <u>$500.00</u> for services rendered and expenses in the amount of <u>$0.00 </u> for a total of <u>$500.00</u> . The allowance is payable:

<u>X</u>   through the Chapter 13 Plan as an administrative priority and which shall be due immediately, before confirmation, if funds are on hand.

____ outside of the plan.

_____ The fee will be taken into consideration at the next Chapter 13 plan confirmation hearing.

___X_____ The debtors' monthly payment is modified to require an immediate payment due in the amount of $139.55 to allow for payment of the above fee.