**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

Ellen N. Kell

Debtor(s)'.

Case No.:   18-25337
Chapter:    13
Hearing Date:   2/21/25
Judge:   ABA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Please withdraw the Trustee's Motion to Dismiss filed December 2, 2024 (doc #207) as the necessary funds have been received to close and complete debtor(s)' case.

Date: January 29, 2025

/s/ Andrew B. Finberg
Signature

*rev.8/1/15*