Certificate Number: 05781-NJ-DE-031575500

Bankruptcy Case Number: 18-25337



05781-NJ-DE-031575500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 5, 2018</u>, at <u>7:32</u> o'clock <u>PM PDT</u>, <u>Ellen Kell</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>September 5, 2018</u>

By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>